UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: | Case No.: 10 B 32953 |
| Kathie H Carey | |
| Michael T Fregly | Chapter: 13 |
| Debtor(s) | Judge A. Benjamin Goldgar |

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Glenn B. Stearns, Chapter 13 Trustee, 801 Warrenville Road, Suite 650, Lisle, IL 60532
Kathie H Carey, Michael T Fregly, Debtor(s), P.O. Box 154, Barrington, IL 60011
David M. Siegel, Attorney for Debtor(s), 790 Chaddick Drive, Wheeling, IL 60090

You are hereby notified that debtor(s) is(are) due to JPMORGAN CHASE BANK, NATIONAL ASSOCIATION for the contractual mortgage payment due 10/01/11. As of the 10/17/11 Trustee's Notice of Final Mortgage Cure, Debtor owes for the 10/01/11 post-petition mortgage payments coming due and $440.09 in escrow advance. The current mortgage payment amount due each month is $758.98. As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement do not apply and any outstanding pre-petition amounts also remain due.

On October 14, 2010, a Proof of Claim was filed in the amount of $440.09. The Plan that was confirmed on December 3, 2010 allotted for arrears to JPMORGAN CHASE BANK, NATIONAL ASSOCIATION in the amount of zero. At the time that the Plan was confirmed a minute order was also entered granting Stay Relief. Further, on December 3, 2010, a Cost of Collection Motion was entered for $100.00, therefore resulting in this Post Petition Obligation Notice to be sent. Creditor has since received the $100.00 disbursement pursuant to the Cost of Collection Order. As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement do not apply and any outstanding pre-petition amounts also remain due.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 01/15/12, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION's rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on December 16, 2011.

/s/ Maria Georgopoulos
Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349

Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Cari A. Kauffman ARDC#6301778
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-10-27635)**

NOTE: This law firm is deemed to be a debt collector.